**THE HONORABLE RICHARD A. JONES**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO.  C09-0148-RAJ |
| Plaintiff, | [PROPOSED] CONSENT DECREE |
| v. | |
| K1 SPEED, INC., | |
| Defendant. | |

## I. INTRODUCTION

1. This action originated when Reuben Young filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC" or "Commission").  Mr. Young alleged that K1 Speed, Inc. ("K1 Speed" or "Defendant" or "the Company") discriminated against him based on his disability , in violation of Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991 ("ADA") when Defendant terminated him due to his disability.

2. On August 18, 2008, the EEOC issued a letter of determination with a finding of reasonable cause to believe that K1 Speed violated the ADA on behalf of Mr. Young. Thereafter, EEOC attempted to conciliate the charge and conciliation was unsuccessful.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

3. The Commission filed its Complaint on February 2, 2009, in the United States District Court for the Western District of Washington at Seattle. The Complaint alleges that K1 Speed failed to provide a reasonable accommodation to Mr. Young, discharged him because of his disability and in retaliation for enforcing his protected rights.

4. The parties want to conclude fully and finally all claims arising out of the EEOC's Complaint and Mr. Young's charge of discrimination filed with EEOC. The EEOC and K1 Speed enter into this Consent Decree to further the objectives of equal employment opportunity as set forth in the ADA.

## II. NON-ADMISSION OF LIABILITY AND NON-DETERMINATION BY THE COURT

5. This Consent Decree is not an adjudication or finding on the merits of this case and shall not be construed as an admission by K1 Speed of a violation of the ADA.

## III. SETTLEMENT SCOPE

6. This Consent Decree is the final and complete resolution of all allegations of unlawful employment practices contained in Mr. Young's discrimination charge, in the EEOC's administrative determination, and in the Complaint filed herein, including all claims by the parties for attorney fees and costs.

## IV. MONETARY RELIEF

7. In settlement of this lawsuit, K1 Speed agrees to pay directly to Mr. Young the amount of $50,000 within thirty (30) days of the date of entry of this consent decree.

## V. INJUNCTIVE AND OTHER RELIEF

A. General Provisions

8. K1 Speed, its officers, agents, managers, assistant managers and other supervisors and all human resource professionals who provide advice and assistance to the foregoing individuals are enjoined from engaging in practices which unlawfully discriminate against applicants and/or employees on the basis of disability or in retaliation for engaging in protected

**CONSENT DECREE** - Page 2 of 8

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

activity. In recognition of its obligations under the ADA, K1 Speed shall institute the policies and practices set forth below.

B.   Anti-Discrimination Policies and Procedures

9. Defendant shall carry out anti-discrimination policies, procedures and training for management personnel, supervisors and employees.

10. K1 Speed shall draft an equal employment opportunity ("EEO") policy that prohibits discrimination against applicants and/or employees on the basis of disability with respect to any term, condition or privilege of employment, and addresses K1 Speed's obligation to provide a work environment free from discrimination and retaliation for its employees. In addition K1 Speed shall draft a policy regarding procedures for requesting and granting request for accommodation. Not later than sixty (60) days after entry of this Consent Decree, K1 Speed shall distribute a written copy of its EEO policies to all its employees, both management and non-management.

C.   Equal Employment Opportunity Training

11. K1 Speed shall provide an annual, four-hour EEO training seminar to all of its managers, supervisors, and employees company wide. This anti-discrimination training shall include, at a minimum, a discussion of federal law prohibiting employment discrimination and retaliation, including the ADA and a review of K1 Speed's EEO policies and policies regarding requests for accommodation. The training shall be aimed at helping attendees understand how to define and identify employment discrimination, identify acceptable avenues of complaint, and the appropriate ways to discuss, request, and respond to requests for reasonable accommodations. Training materials must be submitted to the EEOC in reasonable time ahead of the training session.

12. Not later than sixty (60) days after entry of this Consent Decree, K1 Speed shall provide the EEO training noted in Paragraph 11 to all of its employees company-wide. Including principles, higher level management and the owner of the company.

CONSENT DECREE - Page 3 of 8

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

14. For the duration of this Consent Decree, K1 Speed shall notify the EEOC of the completion of the training seminars and shall specify the names and job titles of the managers, supervisors and employees who participated in and completed the training. This information shall be provided as part of the annual report K1 Speed submits to the EEOC.

D. <u>Non-Disclosure of Information</u>

15. K1 Speed shall not disclose any information or make reference to any charge of discrimination or this lawsuit in responding to requests for information about Mr. Young.

E. <u>Policies Designed to Promote Accountability</u>

16. K1 Speed agrees that it shall impose discipline, up to and including termination of employment, upon any supervisor or manager who discriminates against any applicant and/or employee on the basis of disability, or who retaliates against any person who complains about or participates in any investigation or proceeding concerning any allegation of discrimination. K1 Speed shall communicate this policy to all of its managers and supervisors.

17. K1 Speed agrees that it shall advise all managers and supervisors of their duty to ensure compliance with anti-discrimination laws and the Company's EEO policy. In conducting performance reviews, the Company shall hold managers and supervisors accountable for EEO enforcement and compliance.

F. <u>Reporting</u>

18. K1 Speed shall agree to report to the EEOC for a period of four (4) years. The reports shall be in writing and submitted on an annual basis during the four year reporting period. The reporting period will run from the date of the entry of this Consent Decree by the United States District Court for the Western District of Washington at Seattle.

19. These annual reports shall contain the following information and attachments:

a. Certification that K1 Speed has:

1. Continued to maintain its written EEO policies and procedures and annually distributed copies of its EEO policy to all current and newly hired employees and as described in Paragraph 10;

**CONSENT DECREE** - Page 4 of 8

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

      2. Complied with the training provisions enumerated in this Consent Decree, as provided in Paragraphs 11-13;

      3. Continued to promote policies and procedures to promote EEO accountability by managers and supervisors, as required by Paragraph 16-17.

      4. Complied with all other provisions of this Consent Decree.

  b. Copies of the following documents shall be included with each annual report submitted to the Seattle office of the EEOC:

      1. A copy of the Company's EEO policy and procedures developed and implemented in accordance with the provisions of this Consent Decree;

      2. A summary of internal formal or informal discrimination complaints on the basis of disability or retaliation, if any, filed by employees and the resolution of each such complaint;;

      3. A sign-in sheet or list of the K1 Speed names and job titles of the managers, supervisors and employees who completed EEO training and the dates the training was conducted during the previous reporting period.

20. If applicable, K1 Speed shall submit a statement with its report to the EEOC specifying the areas of noncompliance, the reason for the noncompliance, and the steps that shall be taken to bring K1 Speed into compliance.

G. Posting

21. K1 Speed shall post a Notice to All Employees. This Notice is attached as Exhibit 1 to this Consent Decree. The Notice shall be posted on a centrally located bulletin board at all K1 Speed facilities for the duration of the Consent Decree.

## VI. ENFORCEMENT

22. If the EEOC determines that K1 Speed has not complied with the terms of this Consent Decree, the EEOC shall provide written notification of the alleged breach to K1 Speed. The EEOC shall not petition the Court for enforcement of this Consent Decree for at least twenty (20) days after providing written notification of the alleged breach. The 20-day period following

**CONSENT DECREE** - Page 5 of 8

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

the written notice shall be used by the EEOC and K1 Speed for good faith efforts to resolve the dispute.

## VII.  RETENTION OF JURISDICTION

23.    The United States District Court for the Western District of Washington at Seattle shall retain jurisdiction over this matter for the duration of this Consent Decree.

## VIII.  DURATION AND TERMINATION

24.    This Consent Decree shall be in effect for two (2) years from the date of entry of the Decree.  If the EEOC petitions the Court for breach of this Consent Decree, and the Court finds K1 Speed to be in violation of the terms of the Consent Decree, the Court may extend the duration of this Consent Decree.

Dated this    28th    day of       July    , 2009.


| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney<br>U.S. EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>SAN FRANCISCO DISTRICT OFFICE<br>350 The Embarcadero, Suite 500<br>San Francisco, California 94105-1260 | JAMES L. LEE<br>Deputy General Counsel<br><br><br>GWENDOLYN YOUNG REAMS<br>Associate General Counsel |
| JOHN F. STANLEY<br>Supervisory Trial Attorney<br>TERI HEALY<br>Senior Trial Attorney<br><br>EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>Seattle Field Office<br>909 First Avenue, Suite 400<br>Seattle, Washington  98104 | <br><br><br><br><br>EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION<br>Office of the General Counsel<br>1801 "L" Street, N.W.<br>Washington, D.C.  20507 |

BY:   *William R. Tamayo*

Attorneys for Plaintiff
Equal Employment Opportunity Commission

**CONSENT DECREE** - Page 6 of 8

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

1
2
3
4   STARK & D'AMBROSIO, LLP

5   BY:  *James A. D'Ambrosio*
    James A. D'Ambrosio
6   501 W. Broadway, Suite 770
    San Diego, CA 92101
7   Telephone (619) 287-3275

8   Attorneys for Defendant, K1 Speed, Inc.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**CONSENT DECREE** - Page 7 of 8

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882



## NOTICE TO EMPLOYEES

This notice has been posted pursuant to the settlement of a lawsuit: EEOC v. K1 Speed, Inc., Western District of Washington Case No. C09-0148.  In accordance with the Consent Decree, K1 Speed will provide anti-discrimination training to all employees; provide K1 Speed's EEO policy to all employees; implement policies to ensure supervisor and manager accountability with regard to anti-discrimination practices; and report to the EEOC all complaints of disability discrimination or retaliation it receives from its employees for the next four years.

Federal law prohibits an employer from discriminating against any individual based on the individual's disability with respect to hiring, promotion, demotion, terms and conditions of employment and/or termination.  Federal law also prohibits an employer from allowing any employee to be harassed because of age, race, color, sex, religion and national origin.  It is also unlawful for an employer to retaliate against any individual because he or she complains of discrimination or harassment, cooperates with the investigation of a discrimination or harassment charge by K1 Speed or a government agency, participates as a witness or potential witness in any investigation or legal proceeding or otherwise exercises his or her rights under the law.

Any employee who is found to have retaliated against any other employee because such employee participated in this lawsuit will be subject to substantial discipline, up to and including immediate discharge.

Should you have any complaints of discrimination or retaliation you should contact _____ at _____.

Employees also have the right to bring complaints of discrimination or harassment to the U.S. Equal Employment Opportunity Commission, Seattle Field Office at 909 1st Avenue, Suite 400, Seattle, WA 98104-1061, 206.220.6883, 1800.669.4000.

This notice shall remain prominently posted at all K1 Speed facilities until ___.  This Official Notice shall not be altered, defaced, covered or obstructed by any other material.

**CONSENT DECREE** - Page 8 of 8

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882