**THE HONORABLE RICHARD A. JONES**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>      v.<br><br>K1 SPEED, INC.,<br><br>           Defendant**.** | NO.  CV09-0148  RAJ<br><br>ORDER APPROVING CONSENT DECREE |

The Court having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the foregoing Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action.  This lawsuit is hereby dismissed with

**Order Approving Consent Decree**
Page 1 of 2

**EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION**
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

1  prejudice and without costs or attorneys' fees to any party.  The Court retains jurisdiction of this

2  matter for purposes of enforcing the Consent Decree approved herein.

3      IT IS SO ORDERED.

4

5      DATED this the 11th day of  August, 2009.


_____

The Honorable Richard A. Jones
United States District Judge

**Order Approving Consent Decree**
Page 2 of 2

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882